I Rochelle Noel requesting to convert Chapter 7 bankruptcy to Chapter 13.

CLERK
U.S. BANKRUPTCY COURT
NEWPORT NEWS DIVISION

2025 JUL -8 P 12: 17

FILED

Rochelle Noel
Case # 25-50567
7/8/25

B420A (Official Form 420A) (Notice of Motion or Objection) (12/16)                    EDVA (12/16)

## UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF VIRGINIA
### Newport News Division

In re: Rochelle Noel )
)
*[Set forth here all names including married, maiden, and* )
*trade names used by debtor within last 8 years.]* )   Case No. 25-50567
)
Debtor )   Chapter 13
)
Address 1045 32nd St )
Newport News VA 23607 )
)
Last four digits of Social Security or Individual Tax-payer )
Identification (ITIN) No(s).,(if any): 8634 )
)
Employer's Tax Identification (EIN) No(s).(if any): )
_____ )

## NOTICE OF MOTION (OR OBJECTION)

Rochelle Noel _____ has filed papers with the court to

Convert Chapter 7 to Chapter 13.

<u>Your rights may be affected</u>. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)

If you do not want the court to grant the relief sought in the motion (or objection), or if you want the court to consider your views on the motion (or objection), then on or before _____, you or your attorney must:

☐     File with the court, at the address shown below, a written request for a hearing [or a written response pursuant to Local Bankruptcy Rule 9013-1(H)]. If you mail your request for hearing (or response) to the court for filing, you must mail it early enough so the court will receive it on or before the date stated above.

                        Clerk of Court
                        United States Bankruptcy Court

                        *Rochelle Noel*

2

You must also send a copy to:

☐ Attend a hearing to be scheduled at a later date. You will receive separate notice of hearing. If no timely response has been filed opposing the relief requested, **the court may grant the relief without holding a hearing**

☐ Attend the hearing on the motion (or objection) scheduled to be held on _____ at _____ a.m. at United States Bankruptcy Court, _____
_____.

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting that relief.

Date: 7/8/25

Signature, name, address and telephone number of person giving notice:

Rochelle Noel  757 696-8264

1645 32nd St Newport News
VA 23607

Virginia State Bar No. _____
Counsel for _____

Certificate of Service

I hereby certify that I have this __8__ day of __July__, 20 25, mailed or hand-delivered a true copy of the foregoing Notice of Motion (or Objection) to the parties listed on the attached service list.

Rochelle Noel