UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Newport News Division

IN RE: Rochelle Noel

Case No. 25-50567-SCS
Chapter 7

Debtor(s)

# **ORDER**

On June 29, 2025, the Court issued its notice that it appeared from the record of previously filed cases that the debtor(s) Rochelle Noel is/are ineligible for a discharge pursuant to 11 U.S.C. § 727(a)(8), (9), or § 1328(f) in the instant case. The notice further instructed that any objections contesting the record must be filed with the clerk within 21 days from the date of the notice. No such objections having been received by the Court, it is

**ORDERED** that debtor(s) Rochelle Noel is/are ineligible for discharge in this case, and the clerk is instructed that a discharge as to the ineligible debtor(s) shall not be entered in this case.

Date: Jul 24 2025

/s/ Stephen C St-John
United States Bankruptcy Judge

NOTICE OF JUDGMENT OR ORDER
ENTERED ON DOCKET
Jul 25 2025

[oineldis ver. 05/23]